■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEO GERALD LAMOUREUX, Also Known as GERRY LAMOUREUX, Appellant. — Appeal by defendant, as limited by his motion, from an amended sentence of the County Court, Suffolk County, imposed December 4, 1979. Amended sentence affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LIETER Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered January 10, 1980, convicting him of manslaughter in the first degree, upon a jury verdict, and sentencing him to a term of imprisonment with a minimum of 4 years and a maximum of 12 years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to a term of imprisonment with a minimum of two years and a maximum of six years. As so modified, judgment affirmed and case remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). The sentence was excessive to the extent indicated herein. Hopkins, J. P., Margett and Weinstein, JJ., concur; Mangano, J., dissents and votes to affirm the judgment.

■ ADA T. TRASK, Respondent, v WILLIAM KASENETZ, Appellant, et al., Respondents. — On the court's own motion, its decision and order, both dated September 22, 1980, are amended to reflect that $50 costs and disbursements were awarded to petitioner, as trustee, payable by appellant, as trustee. Mollen, P. J., Hopkins, Mangano and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR RAMIREZ, Appellant. — Appeal by defendant, as limited by his motion, from so much of a sentence of the Supreme Court, Suffolk County, imposed January 10, 1980, as included an alcohol-related condition as part of the sentence of probation. Sentence affirmed insofar as appealed from. No opinion. Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.